IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:22-320 |
|---|---|---|
| | ) | 18 U.S.C. § 115(a)(1)(B) |
| v. | ) | 18 U.S.C. § 871(a) |
| | ) | 18 U.S.C. § 876 |
| | ) | |
| **ERIC ANTHONY ROME** | ) | **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

On or about November 19, 2021, in the District of South Carolina, Defendant **ERIC ANTHONY ROME**, did threaten to assault and murder a United States official, a United States judge, and an official whose killing would be a crime under this section, with intent to impede, intimidate, and interfere with such official and judge while engaged in the performance of official duties, and with intent to retaliate against such official and judge on account of the performance of official duties, in that he did call the South Carolina Department of Corrections, and leave a voicemail, stating substantially as follows:

> This is a statement of intent by the Aryan Brotherhood of South Carolina and the Greenville, South Carolina, Proud Boys, our intent is war on the federal government and specifically the assassination of the feds, Marxist leaders Joe Biden and Kamala Harris. The death of these two has been decided based on a number of factors, not least of which being the theft of the last presidential election, promoting critical race theory in our schools, the vax mandate, and using Marxist media outlets, notably CNN, to brainwash our citizens. These assassinations are imminent, and I, ERIC ROME, of the Aryan Brotherhood, will have direct involvement. Secondly, also, we require the dishonorable judge, Joseph Anderson, of the federal courthouse in Richland, South Carolina, to vacate the bench immediately; otherwise, we will execute the

1

old man and post videos of his death on as many web platforms as we can, which judge, Joseph Anderson, convicted me on behalf of Barack Obama in 2015, so I personally hope he doesn't heed this advice so I can see him dead. My name is Eric Rome, inmate number 351783. Make America Great Again.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

On or about November 19, 2021, in the District of South Carolina, Defendant **ERIC ANTHONY ROME**, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States and the Vice President of the United States, in that he did call the South Carolina Department of Corrections, and leave a voicemail, stating substantially as follows:

> This is a statement of intent by the Aryan Brotherhood of South Carolina and the Greenville, South Carolina, Proud Boys, our intent is war on the federal government and specifically the assassination of the feds, Marxist leaders Joe Biden and Kamala Harris. The death of these two has been decided based on a number of factors, not least of which being the theft of the last presidential election, promoting critical race theory in our schools, the vax mandate, and using Marxist media outlets, notably CNN, to brainwash our citizens. These assassinations are imminent, and I, ERIC ROME, of the Aryan Brotherhood, will have direct involvement. Secondly, also, we require the dishonorable judge, Joseph Anderson, of the federal courthouse in Richland, South Carolina, to vacate the bench immediately; otherwise, we will execute the old man and post videos of his death on as many web platforms as we can, which judge, Joseph Anderson, convicted me on behalf of Barack Obama in 2015, so I personally hope he doesn't heed this advice so I can see him dead. My name is Eric Rome, inmate number 351783. Make America Great Again.

In violation of Title 18, United States Code, Section 871(a).

2

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

On about July 13, 2020, in the District of South Carolina, Defendant **ERIC ANTHONY ROME**, did knowingly deposit and cause to be delivered a communication addressed to another person containing a threat to injure the person of the addressee and of another, in that he did send a letter to the United States Probation Office, directed to his supervising probation officer, stating substantially as follows:

> My name is Eric Rome. I was released to the caseload of your office September of 2018 from the United States FBOP. Upon my release I was confronted with the reality that ex-conficts [sic] in our society are set up for failure (hence the high rate of recidivism in this country). I was given no chance at education or rehabilitation of any sort. Which of course is a government strategy that incurs felons to fall back on our previous criminal behavior. Keeping felons enmeshed in this never ending circle of crime, incarceration, imprisonment, then release, only to do it all over again keeps law enforcement and corrections officials employed. So why would you want to see felons rehabilitated? I understand your stance very well. That being said, I'd like to now make my position on this subject known. I will soon be released from this county detention center. Upon my release I intend to arm myself and enter your offices in order to shoot as many agents as I can until I myself am gunned down. I no longer want to live in your cycle of crime and incarceration and I only intend to stay alive long enough to kill as many of you federal pigs as possible. Agent T[ ], I hope to be given the chance to blow your brains out before I die. Sincerely, Eric Rome

In violation of Title 18, United States Code, Section 876(c).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

On about February 8, 2022, in the District of South Carolina and elsewhere, Defendant **ERIC ANTHONY ROME**, did knowingly deposit and cause to be delivered a communication addressed to another person containing a threat to injure the person of the addressee and of another, in that he did send a letter from the Broad River Correctional Institution in Columbia, South Carolina, to the Mark O. Hatfield United States Courthouse in Portland, Oregon, stating substantially as follows:

### * ANTHRAX *

> This letter contains weapons grade anthrax. Your [sic] as good as dead having opened this. This chemical attack is in protest of the fact that federal authorities in Portland have failed to arrest and prosecute known Black Lives Matter activists despite the riots, looting, assaults and many other crimes committed by BLM in your city against White Citizens. We represent the Aryan Brotherhood and intend to oppose BLM and they're [sic] allies in the federal government. Our associates on the Streets of Portland will send a bomb next time if federal authorities do not begin to oppose BLM. Not on our behalf, but on behalf of all American of European heritage. WHITE POWER!
>
> Signed: Eric Rome #351783
> Signed: [JDC]

In violation of Title 18, United States Code, Section 876(c).

## COUNT 5

THE GRAND JURY FURTHER CHARGES:

On about July 1, 2021, in the District of South Carolina and elsewhere, Defendant **ERIC ANTHONY ROME**, did knowingly deposit and cause to be delivered a communication addressed to another person containing a threat to injure the person of the addressee and of another, in that he did send a letter from the Lieber Correctional Institution in Ridgeville, South Carolina, to the United States Supreme Court in Washington, D.C., stating substantially as follows:

ALL SUPREME COURT JUSTICES:

This letter contains a lethal dose of anthrax. Its [sic] my sincere hope that it kills one or more of you. Your willingness to abide Joe Bidens [sic] false Presidency is sickening to true patriots such as those who support our true President, Donald Trump. Myself, along with all other members of the Proud Boys will continue to fight for our true President and kill all who oppose him. God Bless America and White Power!

Proud Boys/Eric Rome

In violation of Title 18, United States Code, Section 876(c).

## COUNT 6

THE GRAND JURY FURTHER CHARGES:

On about March 14, 2022, in the District of South Carolina, Defendant **ERIC ANTHONY ROME**, did knowingly deposit and cause to be delivered a communication addressed to another person containing a threat to injure the person of the addressee and of another, in that he did send a letter to the United States District Court in Columbia, directed at a Senior United States District Judge and a United States Magistrate Judge, stating as follows:

> I cannot stress this enough, your honors – The U.S. Marshal Service cannot protect you. Either of you! We, the Aryan Brotherhood, are going to kill you both. We will hang both of you from meat hooks and slit your throats. And me being in prison will not prevent your deaths or me from witnessing the event, even if I cant [sic] personally participate. Not that my participation is unlikely. With SCDCs [sic] high level of corruption and officers who are full members of this Brotherhood, dont [sic] count on me being incarcerated for long. Your [sic] both as good as dead. Vacate the benches and we may let you live. Eric Rome

In violation of Title 18, United States Code, Section 876(c).

COUNT 7

THE GRAND JURY FURTHER CHARGES:

On or about June 28, 2021, in the District of South Carolina, Defendant **ERIC ANTHONY ROME**, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the Vice President of the United States, in that he did call the South Carolina Department of Corrections, and leave a voicemail, stating substantially as follows:

> My name is Eric Rome. My SCDC number is 351783. I'm a member of the South Carolina Aryan Brotherhood. I don't have long in prison, but I'll be leaving early regardless. I've got an escape plan and my intention is to escape and kill Kamala Harris the Vice President. It's unfortunate that I can't take her somewhere and hang her like most n*****s should be. Yet, I mean shooting her will have to work. I intend to carry out a sniper attack against Kamala Harris. I will attempt to find and kill her, and if I can't, my brothers in the Aryan Brotherhood will. It's very serious. White power.

In violation of Title 18, United States Code, Section 871(a).

## COUNT 8

THE GRAND JURY FURTHER CHARGES:

On or about June 30, 2021, in the District of South Carolina, Defendant **ERIC ANTHONY ROME**, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, in that he did call the South Carolina Department of Corrections, and leave a voicemail, stating substantially as follows:

> The South Carolina branch of the Aryan Brotherhood can no longer tolerate a globalist communist President such as Joe Biden. We'll be trying to assassinate him forthwith. I've an escape attempt planned to get out of this prison, which shouldn't be hard because it's done in SCDC all the time, and carry out a sniper attack on Joe Biden and take his life. I'm willing to die in the attempt. White power.

In violation of Title 18, United States Code, Section 871(a).

A True_____ BILL

COREY F. ELLIS
UNITED STATES ATTORNEY

By: _____
Winston D. Holliday, Jr., ID NO. 07597
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3079
Fax (803) 254-2912
Email: Winston.Holliday@usdoj.gov

8