IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 3:22-cr-00320-KDB |
| | ) | |
| -v- | ) | MOTION FOR |
| | ) | PSYCHIATRIC OR PSYCHOLOGICAL |
| ERIC ANTHONY ROME | ) | EXAMINATION |

COMES NOW the defendant, ERIC ANTHONY ROME, by and through his attorney, who respectfully submits to the court the following information:

1. Defendant has been indicted in a 7-count indictment for violations of 18 U.S.C. § 115(a)(1)(B), 876(a), and 871(a), Threatening President Biden and Vice President Harris with assassination, as well as death to U.S. Probation Officers, a Senior U.S. District Judge, and a U.S. Magistrate Judge. In Count 4, Mr. Rome is accused of mailing a letter to the Mark O. Hatfield Courthouse in Portland, Oregon which claimed to contain Anthrax and threatened to send bombs in the future if the authorities do not begin to oppose Black Lives Matter.

2. Defendant was convicted in 2014 for threatening to kill President Obama.

3. Defendant is currently serving a 12-year sentence in South Carolina Department of Corrections for Armed Robbery, Possession of a Weapon in a Violent Crime, and Entering a Bank with Intent to Steal.

4. Defendant was evaluated by the BOP in 2015 and was diagnosed with anti-social personality disorder, unspecified depressive disorder and various substance abuse disorders.

5. Defendant reports that in the past he has been diagnosed with bipolar disorder and attention deficit hyperactivity disorder

6. Defendant reports that he has taken, Geodon Remeron and Zoloft in the past.

7. According to a prior Presentence Report (PSR), PSR, ¶¶ 57-58, defendant has also been prescribed Depakote, Effexor, Visteril, Valproate. He has a history of self-harm, cutting, and suicide

attempts.

8. Presentence Report, ¶¶ 11-13, documents a significant history of mental health treatment at Gilliam Psychiatric Hospital within South Carolina Detention Center.

WHEREFORE, counsel respectfully requests this court to issue an order, pursuant to 18 U.S.C. §§ 4241(b) and 4242, committing the defendant to the custody of the Attorney General for an examination to determine the following:

(a) Whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense; and

(b) Whether at the time of the alleged criminal conduct, the defendant, as a result of a severe mental disease or defect, was able to appreciate the nature and quality or the wrongfulness of his acts.

Defendant further requests that, upon completion of the examination requested, the examiner(s) prepare and provide a full report, including all of the following:

1. Mr. Rome's history and present symptoms.

2. A description of the psychiatric, psychological, and medical tests that were employed and their results.

3. The examiner(s) findings.

4. The examiner(s) opinion as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect

rendering him mentally incompetent to understand the nature and consequences of the proceedings against him, or to assist properly in his defense as defined in § 4241(a), and whether the defendant was insane at the time of the offense charged as defined in 18 U.S.C. § 4242(a).

Defendant further moves that the report herein requested be filed with this Honorable Court and copies provided to counsel for the defendant, as well as Assistant United States Attorney Winston D. Holliday, as is provided for in 18 U.S.C. § 4247(c).

Defendant further moves that the time for the psychiatric or psychological examination be excluded from the computation of the time within which the trial of this case must commence, pursuant to 18 U.S.C. § 3161(h)(1)(A).

Respectfully submitted,

s/ALLEN B. BURNSIDE
Assistant Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
Telephone: (803) 765-5073
ATTORNEY ID# 1620
Email address: Allen_Burnside@fd.org

Columbia, South Carolina

June 24, 2022

I CONSENT TO THIS MOTION:

COREY F. ELLIS
UNITED STATES ATTORNEY

By: s/WINSTON D. HOLLIDAY
    Assistant United States Attorney

-4-